IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES F. PETTIT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:17-cv-00274-O-BP |
| § | |
| U.S. BANK NATIONAL § | |
| ASSOCIATION as Trustee for § | |
| STRUCTURE ASSET SECURITIES § | |
| CORPORATION MORTGAGE § | |
| PASS-THROUGH CERTIFICATES, § | |
| SERIES 2006-NC1, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 10), filed June 26, 2017. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 10) are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's Motion to Remand Removed Action and Incorporated Brief in Support (ECF No. 7) is **DENIED**.

**SO ORDERED** on this **11th day** of **July, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE